13-15263, 13-15267

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**JOHN DOE; et al.,**

                      Plaintiffs - Appellees,

    v.

**DAPHNE PHUNG; et al.,**

                      Intervenors - Appellants,

**KAMALA D. HARRIS, Attorney General of the State of California,**

                      Defendant-Appellant.

On Appeal from the United States District Court
for the Northern District of California
No. 3:12-cv-05713-TEH
Honorable Thelton E. Henderson, Judge

### EXCERPTS OF RECORD
### Volume I -- III

| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>DOUGLAS J. WOODS<br>Senior Assistant Attorney General<br>PETER K. SOUTHWORTH<br>Supervising Deputy Attorney General | ROBERT D. WILSON<br>Deputy Attorney General<br>State Bar No. 136736<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 327-7870<br> Fax: (916) 324-8835<br> Email:  Robert.Wilson@doj.ca.gov<br> *Attorneys for Defendant and Appellant*<br> *Kamala D. Harris, Attorney General*<br> *of California* |

# TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|
| | **Volume I of III [ER0001 to ER0113]** | |
| 78 | Order Granting Plaintiffs' Motion for a Preliminary Injunction | ER0001-ER0021 |
| 74 | Transcript of Proceedings Held on December 17, 2012, Before Judge Thelton E. Henderson | ER0022-ER0107 |
| 71 | Order with Questions for Counsel for December 17 Hearing | ER0108-ER0113 |
| | **Volume II of III [ER0114 to ER0414]** | |
| 95 | Notice of Preliminary Injunction Appeal Filed by Defendant Kamala D. Harris | ER0114-ER0115 |
| 93 | Notice of Preliminary Injunction Appeal Filed by Intervenors Daphne Phung and Chris Kelly | ER0116-ER0120 |
| 89 | Declaration of Linda Schweig Re Notice of Preliminary Injunction to California Law Enforcement Agencies Filed by Defendant Kamala D. Harris | ER0121-ER0124 |
| 80 | Answer in Intervention Filed by Interveners Daphne Phung and Chris Kelly | ER0125-ER0134 |
| 67 | Declaration of Hanni Fakhoury in Support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Plaintiffs' Objections to Evidence Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0135-ER0154 |
| 66 | Plaintiffs' Objections to Defendants' and Proponents' Objections to Evidence Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0155-ER0165 |

## TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|
| 65 | Plaintiffs' Reply in Support of Motion for Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0166-ER0193 |
| 60 | Answer of Defendant Attorney General to Plaintiffs' Class Action Complaint for Declaratory and Injunctive Relief Filed by Defendant Kamala D. Harris | ER0194-ER0205 |
| 58 | Interveners' Joinder in Defendant Harris' Objections to the Declaration of David G. Post Filed by Interveners Daphne Phung and Chris Kelly | ER0206-ER0207 |
| 57 | Interveners' Request for Judicial Notice in Support of Opposition to Motion for Preliminary Injunction; Declaration of Brian Metzker Filed by Interveners Daphne Phung and Chris Kelly | ER0208-ER0252 |
| 56 | Declaration of Sharmin Bock in Support of Interveners' Opposition to Motion for Preliminary Injunction Filed by Interveners Daphne Phung and Chris Kelly | ER0253-ER0259 |
| 55 | Interveners' Opposition to Motion for Preliminary Injunction Filed by Interveners Daphne Phung and Chris Kelly | ER0260-ER0290 |
| 54 | Objections of Defendant Kamala D. Harris To Declaration of David G. Post in Support of Plaintiffs' Motion for Preliminary Injunction Filed by Defendant Kamala D. Harris | ER0291-ER0319 |
| 54 | Declaration of Linda Schweig in Support of Opposition by Defendant Kamala D. Harris to Plaintiffs' Motion for a Preliminary Injunction | ER0321-ER00332 |

## TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|
| 54 | Declaration of Robert Morgester in Support of Opposition by Defendant Kamala D. Harris to Plaintiffs' Motion for a Preliminary Injunction | ER00333-ER00337 |
| 54 | Opposition by Defendant Kamala D. Harris to Plaintiffs' Motion for a Preliminary Injunction | ER00338-ER00357 |
| 36 | Order Granting Temporary Restraining Order and Order To Show Cause as to why a Preliminary Injunction Should not Issue Signed by the Honorable Thelton E. Henderson | ER0358-ER0361 |
| 26 | Declaration of Charlene Steen in Support of Motion for Temporary Restraining Order and Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0362-ER0369 |
| 24 | Declaration of Karl Hanson in Support of Motion for Temporary Restraining Order and Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0370-ER0414 |
| | **Volume III of III [ER0415 - ER0632]** | |
| 23 | Declaration of David Finkelhor in Support of Motion for Temporary Restraining Order and Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0415-ER0480 |
| 22 | Declaration of Brian Abbott in Support of Motion for Temporary Restraining Order and Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0481-ER0498 |
| 21 | Declaration of David Post in Support of Motion for Temporary Restraining Order and Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0499-ER0520 |
| 20 | Declaration of Janice Bellucci in Support of Motion for Temporary Restraining Order and Preliminary Injunction Filed by California Reform | ER0521-ER0548 |

## TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|
|  | Sex Offender Laws, John Doe, Jack Roe |  |
| 18 | Supplemental Declaration of Jack Roe in Support of Motion for Temporary Restraining Order and Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0549-ER0550 |
| 17 | Declaration of Jack Roe in Support of Motion for Temporary Restraining Order and Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0551-ER0556 |
| 16 | Declaration of John Doe in Support of Motion for Temporary Restraining Order and Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0557-ER0560 |
| 8 | Memorandum of Points and Authorities in Support of Temporary Restraining Order and Preliminary Injunction Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0561-ER0594 |
| 1 | Class Action Complaint for Declaratory and Injunctive Relief Against Defendants City of Alameda and Kamala D. Harris Filed by California Reform Sex Offender Laws, John Doe, Jack Roe | ER0595-ER0614 |
|  | Civil Docket for Case #3:12-cv-05713-TEH | ER0615-ER0632 |

Dated:  April 10, 2013               Respectfully Submitted,

                                     KAMALA D. HARRIS
                                     Attorney General of California
                                     DOUGLAS J. WOODS
                                     Senior Assistant Attorney General
                                     PETER K. SOUTHWORTH
                                     Supervising Deputy Attorney General

                                     /s/ ROBERT D. WILSON

                                     ROBERT D. WILSON
                                     Deputy Attorney General
                                     *Attorneys for Defendant and Appellant*
                                     *Kamala D. Harris, Attorney General of California*

SA2013110060
11065975.doc