**REMCHO, JOHANSEN & PURCELL, LLP**
ATTORNEYS AT LAW

201 DOLORES AVENUE
SAN LEANDRO, CA  94577
PHONE: (510) 346-6200
FAX: (510) 346-6201
EMAIL: mprinzing@rjp.com
WEBSITE: www.rjp.com

SACRAMENTO PHONE: (916) 264-1818

Joseph Remcho (1944-2003)
Robin B. Johansen
Kathleen J. Purcell (Ret.)
James C. Harrison
Thomas A. Willis
Karen Getman
Margaret R. Prinzing
Harry A. Berezin

April 12, 2013

**VIA OVERNIGHT MAIL**

Clerk of the Court
United States Court of Appeals –
  Ninth Circuit
95 Seventh Street
San Francisco, CA  94103

Re:    *Doe v. Phung*, No. 13-15263

Dear Clerk:

I am writing in response to the deficient filing notice we received regarding the Opening Brief we submitted for review on April 10, 2013.  The notice indicates that an electronic version of the Excerpts of Record needs to be submitted to the Court before the Opening Brief can be processed for filing.  Because this case has been consolidated with *Doe v. Phung*, Case No. 15267, and because the Court's order consolidating the cases urges the parties to "join in a single brief to the greatest extent possible" intervenors are relying on the Excerpts of Record filed by defendants-appellants in the consolidated appeal.  If intervenors were to file a separate Excerpts of Record, it would merely duplicate the materials included in the Excerpts already on file in the consolidated appeals.

If you have questions or concerns, please call me.

Sincerely,

Margaret R. Prinzing
Counsel for Intervenors-Appellants
Daphne Phung and Chris Kelly

MRP:NL
(00196352)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15, 2013, I electronically filed the foregoing with the clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Margaret R. Prinzing